IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOHN DAVIS MASSEY, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:21CV00062 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY \| ** ) | |
| **COMMONWEALTH OF VIRGINIA,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

COMES NOW Plaintiff, John Davis Massey, Jr., by counsel, and hereby provides notice that he intends to appeal this matter to the United States Court of Appeals for the Fourth Circuit from the final judgment of the United States District Court for the Western District, Roanoke Division, entered in this matter on the 21st day of March, 2022.

Respectfully Submitted,

**JOHN DAVIS MASSEY, JR.**

By: */s/ Thomas E. Strelka*
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
thomas@strelkalaw.com

1

        leigh@strelkalaw.com
        winston@strelkalaw.com
        brittany@strelkalaw.com
        monica@strelkalaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification to the following:

Kay Heidbreder, Esq. (VSB # 22288)
M. Hudson McClanahan, Esq. (VSB # 46363)
Stephen Capaldo, Esq. (VSB # 74045)
Mark Gess, Esq. (VSB # 71016)
University Legal Counsel (0121)
236 Burruss Hall
800 Drillfield Drive
Blacksburg, VA 24061
Tel: (540) 231-6293
heidbred@vt.edu
hud3@vt.edu
scapaldo@vt.edu
mgess@vt.edu

*Counsel for Defendants*

        */s/ Thomas E. Strelka*