FILED: March 25, 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 22-1320
(7:21-cv-00062-EKD)

_____

JOHN DAVIS MASSEY, JR.

      Plaintiff - Appellant

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, Commonwealth of Virginia

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:21-cv-00062-EKD |
| Date notice of appeal filed in originating court: | 03/23/2022 |
| Appellant(s) | John Davis Massey, Jr. |
| Appellate Case Number | 22-1320 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |