FILED:  February 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1320
(7:21-cv-00062-EKD)

———————————

JOHN DAVIS MASSEY, JR.

       Plaintiff - Appellant

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY,
Commonwealth of Virginia

       Defendant - Appellee

———————————

O R D E R

———————————

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk