# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOHN DAVIS MASSEY, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:21CV00062 |
| | ) |
| **VIRGINIA POLYTECHNIC INSTITUTE** | ) |
| **AND STATE UNIVERSITY \| ** | ) |
| **COMMONWEALTH OF VIRGINIA,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties hereto stipulate and agree that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Date: January 18, 2024

AGREED:


/s/ Thomas E. Strelka
Thomas E. Strelka, Esq. (VSB# 75488)
Brittany M. Haddox, Esq. (VSB # 86416)
L. Leigh Rhoads, Esq. (VSB # 73355)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA  24018
Tel:  540-283-0802
brittany@strelkalaw.com
thomas@strelkalaw.com
leigh@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*



/s/ M. Hudson McClanahan
M. Hudson McClanahan, Esq. (VSB # 46363)
Kay Heidbreder, Esq. (VSB # 22288)
Stephen Capaldo, Esq. (VSB # 74045)
Mark Gess, Esq. (VSB # 71016)
University Legal Counsel (0121)
236 Burruss Hall
800 Drillfield Drive
Blacksburg, VA 24061
Tel: (540) 231-6293
heidbred@vt.edu
hud3@vt.edu
scapaldo@vt.edu
mgess@vt.edu

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification to the following:

Kay Heidbreder, Esq. (VSB # 22288)
M. Hudson McClanahan, Esq. (VSB # 46363)
Stephen Capaldo, Esq. (VSB # 74045)
Mark Gess, Esq. (VSB # 71016)
University Legal Counsel (0121)
236 Burruss Hall
800 Drillfield Drive
Blacksburg, VA 24061
Tel: (540) 231-6293
heidbred@vt.edu
hud3@vt.edu
scapaldo@vt.edu
mgess@vt.edu

*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas E. *Strelka*